### Cynthia KANE, Respondent,

v.

### John KANE, Appellant.

### No. ED 103113

Missouri Court of Appeals, Eastern District, DIVISION ONE.

FILED: May 3, 2016

James J. Leightner, 230 S. Bemiston, Suite 600, Clayton, Missouri 63105, for Appellant.

Cynthia A. Kane—PRO SE, 105 N. Elm, Webster Groves, Missouri 63119, Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

#### ORDER

PER CURIAM

John Kane ("Father") appeals from the trial court's judgment denying his motions to set aside a judgment which required him to pay child support and maintenance

to Cynthia Kane ("Mother"). We affirm. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).